1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-6917
7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12
                                            **0398**

13  UNITED STATES OF AMERICA,          )   CR 08
                                       )
14        Plaintiff,                   )   UNITED STATES' MOTION TO SEAL
                                       )   INDICTMENT
15        v.                           )
                                       )        (UNDER SEAL)      **WHA**
16  NIKETA WILLIAMS,                   )
       a/k/a Niketa Brennan,           )
17     a/k/a Niketa Srichawla,         )
       a/k/a Kornrosakorn Srichawla,   )
18     a/k/a Apasara Srichawla,        )
                                       )
19        Defendant.                   )
                                       )
20  _____

21        The government hereby moves the Court for an order sealing this motion, the Indictment,

22  and the sealing order until further order of the Court. The government believes that disclosure of

23  the existence of the indictment and the information therein may jeopardize the progress of this

    prosecution by causing the Defendant to flee.
24
    DATED: June 17, 2008              Respectfully submitted,
25
                                      JOSEPH P. RUSSONIELLO
26                                    United States Attorney

27
28                                    TRACIE L. BROWN
                                      Assistant United States Attorney

                                      1

1          **[PROPOSED] ORDER**

2          Based upon the motion of the government and for good cause shown, IT IS HEREBY

3    ORDERED that the government's motion, the Indictment, and the sealing order shall be sealed

4    until further order of the Court.

5

6    DATED: June 17, 2008

                                    THE HON. BERNARD ZIMMERMAN
7                                   United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2