1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-6917
7  Facsimile: (415) 436-7234

FILED
JUN 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0398 WHA |
| Plaintiff, ) | UNITED STATES' MOTION TO UNSEAL INDICTMENT |
| v. ) | |
| NIKETA WILLIAMS, ) a/k/a Niketa Brennan, ) a/k/a Niketa Srichawla, ) a/k/a Kornrosakorn Srichawla, ) a/k/a Apasara Srichawla, ) | |
| Defendant. ) | |

The government respectfully requests that the Indictment be unsealed. The government is making this request as the Defendant is making her initial appearance and is expected to have no objection to the unsealing of the Indictment

DATED: June 19, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Tracie L. B-
TRACIE L. BROWN
Assistant United States Attorney

CR 08-0398 WHA
UNSEALING ORDER

## (PROPOSED) ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Indictment be unsealed by the Clerk of the Court.

Dated: June 19, 2008

_____
THE HON. NANDOR J. VADAS
United States Magistrate Judge

CR 08-0398 WHA
UNSEALING ORDER