UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 24 , 2008

Case No.:  CR 08-0398 WHA

Title:  UNITED STATES -v- Niketa Williams (custody)

Appearances:
    For the Government:  Tracie Brown

    For the Defendant(s): Elizabeth Falk

Interpreter: n/a                              Probation Officer: n/a

Deputy Clerk: Frank Justiliano            Court Reporter:  Jim Yeomans

**PROCEEDINGS**

1)   Status hearing - HELD.

2)

Case continued to **8/5/08 at 2:00  p.m.**   for Trial Setting

Time Excluded:    **Begins: 6/24/08**            **Ends: 8/5/08**

**ORDERED AFTER HEARING:**
Detention hearing to be held before Judge Vadas.  Time excluded for effective preparation. Stipulation re:  exclusion of time to be submitted.  Santa Rita to accommodate vegetarian meals or defendant to be transferred.