JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436–6917
    Facsimile:  (415) 436-7234
    tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NIKETA WILLIAMS,<br>    a/k/a Niketa Brennan,<br>    a/k/a Niketa Srichawla,<br>    a/k/a Kornrosakorn Srichawla,<br>    a/k/a Apasara Srichawla,<br><br>    Defendant. | No.: CR 08-0398 WHA<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT FROM JUNE 24, 2008 TO AUGUST 5, 2008 |

    The parties made their first District Court appearance before the Honorable William H. Alsup on June 24, 2008.

    With the agreement of counsel for both parties, the Court finds and holds as follows:

    1. Defense counsel Elizabeth Falk was appointed on June 24, 2008. As this is a multi-count wire and mail fraud case, there is a substantial volume of discovery that the

STIP & [PROP.] ORDER
CR 08-0398 WHA

1  government needs to produce and defense counsel needs to review.

2      2. The parties agree to an exclusion of time under the Speedy Trial Act from June 24, 2008 to August 5, 2008, in light of the need to produce and review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.

    3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 24, 2008 to August 5, 2008 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A). Accordingly, and with the consent of the Defendant, the period from June 24, 2008 to August 5, 2008 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: _____   _____/s/_____
                                  TRACIE L. BROWN
                                  Assistant United States Attorney

DATED: _____   _____/s/_____
                                  ELIZABETH FALK
                                  Attorney for Niketa Williams

    IT IS SO ORDERED.

DATED:_____      _____
                                  THE HON. WILLIAM H. ALSUP
                                  United States District Judge

STIP & [PROP.] ORDER
CR 08-0398 WHA                    2