JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

   450 Golden Gate Avenue Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436–6917
   Facsimile:  (415) 436-7234
   tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> NIKETA WILLIAMS, <br>    a/k/a Niketa Brennan, <br>    a/k/a Niketa Srichawla, <br>    a/k/a Kornrosakorn Srichawla, <br>    a/k/a Apasara Srichawla, <br>     Defendant. | No.: CR 08-0398 WHA <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT FROM JUNE 24, 2008 TO AUGUST 5, 2008 |

    The parties made their first District Court appearance before the Honorable William H. Alsup on June 24, 2008.

    With the agreement of counsel for both parties, the Court finds and holds as follows:

    1. Defense counsel Elizabeth Falk was appointed on June 24, 2008. As this is a multi-count wire and mail fraud case, there is a substantial volume of discovery that the

STIP & [PROP.] ORDER
CR 08-0398 WHA

1  government needs to produce and defense counsel needs to review.

2      2. The parties agree to an exclusion of time under the Speedy Trial Act from June
3  24, 2008 to August 5, 2008, in light of the need to produce and review discovery. Failure
4  to grant the requested continuance would unreasonably deny defense counsel reasonable
5  time necessary for effective preparation, taking into account the exercise of due diligence,
6  and would deny the defendant continuity of counsel.

7      3. Given these circumstances, the Court finds that the ends of justice served by
8  excluding the period from June 24, 2008 to August 5, 2008 outweigh the best interest of
9  the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A). Accordingly, and
10 with the consent of the Defendant, the period from June 24, 2008 to August 5, 2008 shall
11 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) &
12 (B)(iv).

13     IT IS SO STIPULATED.

14

15 DATED: _____          _____/s/_____
                                           TRACIE L. BROWN
16                                         Assistant United States Attorney

17

18 DATED: _____          _____/s/_____
                                           ELIZABETH FALK
19                                         Attorney for Niketa Williams

20     IT IS SO ORDERED.

21

22 DATED: June 30, 2008.
   _____              _____
23                                         THE HON. WILLIAM H. ALSUP
                                           United States District Judge

24

25

26

27

28

STIP & [PROP.] ORDER
CR 08-0398 WHA                    2