UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 5, 2008

Case No.: CR 08-0398

Title: UNITED STATES -v- NIKETA WILLLIAMS (custody)

Appearances:
    For the Government: Tracie Brown

    For the Defendant(s): Elizabeth Falk

Interpreter: None      Probation Officer: n/a

Deputy Clerk: Frank Justiliano      Court Reporter: Katherine Sullivan

**PROCEEDINGS**

1) Status / Trial Setting - Held.

2)

Case continued to **9/2/08 @ 2:00 p.m.** for Status on Plea or trial setting.

Time Excluded: **Begins: 8/5/08 Ends: 9/2/08**
for effective preparation. Stipulation to be submitted.

**ORDERED AFTER HEARING:**

Defense to file a motion for order to allow international phone call. Ms. Falk represented that Mr. Blank of her office will be substituting in the case.