JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

   450 Golden Gate Avenue Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436–6917
   Facsimile:  (415) 436-7234
   tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 08-0398 WHA |
| ) | |
|    Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| ) | EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
|    v. ) | FROM AUGUST 5, 2008 TO SEPTEMBER 2, |
| ) | 2008 |
| ) | |
| NIKETA WILLIAMS, ) | |
|    a/k/a Niketa Brennan, ) | |
|    a/k/a Niketa Srichawla, ) | |
|    a/k/a Kornrosakorn Srichawla, ) | |
|    a/k/a Apasara Srichawla, ) | |
| ) | |
|    Defendant. ) | |

      The parties appeared before the Honorable William H. Alsup on August 5, 2008.

      With the agreement of counsel for both parties, the Court finds and holds as follows:

      1. The government has produced what it believes is all of the discovery in the matter, and defense counsel is in the process of reviewing that discovery. The parties have also begun discussing a disposition that will address both the charges currently

1 | pending in this Court, as well as an open investigation in the Western District of
2 | Wisconsin (hereafter, "the Wisconsin matter"). In addition, this case is soon to be
3 | transferred from current defense counsel, AFPD Elizabeth Falk, to AFPD Daniel Blank.
4 |     2. The parties agree to an exclusion of time under the Speedy Trial Act from
5 | August 5, 2008 to September 2, 2008, in light of the need for defense counsel to review
6 | the discovery and to analyze the immigration-related consequences of a plea in both this
7 | case and the Wisconsin matter. Failure to grant the requested continuance would
8 | unreasonably deny defense counsel reasonable time necessary for effective preparation,
9 | taking into account the exercise of due diligence, and would deny the defendant
10 | continuity of counsel.
11 |     3. Given these circumstances, the Court finds that the ends of justice served by
12 | excluding the period from August 5, 2008 to September 2, 2008 outweigh the best interest
13 | of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A). Accordingly, and
14 | with the consent of the defendant, the period from August 5, 2008 to September 2, 2008
15 | shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) &
16 | (B)(iv).
17 |     4. It is expected that at the next court appearance on September 2, 2008, either the
18 | defendant will plead guilty or the Court will set dates for motions and/or trial.
19 |     IT IS SO STIPULATED.

DATED: __8/6/08_____    _____/s/_____
                                     TRACIE L. BROWN
                                     Assistant United States Attorney

DATED: __8/6/08_____    _____/s/_____
                                     ELIZABETH FALK
                                     Attorney for Niketa Williams

    IT IS SO ORDERED.

DATED:_____        _____
                                    THE HON. WILLIAM H. ALSUP
                                    United States District Judge

STIP & [PROP.] ORDER
CR 08-0398 WHA                       2