BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NIKETA WILLIAMS, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR 08-0398 WHA <br><br> **[PROPOSED] ORDER ALLOWING INTERNATIONAL TELEPHONE CALL** <br><br> Date:    August 7, 2008 <br><br> Court:   The Honorable William H. Alsup |

**ORDER**

GOOD CAUSE SHOWN, it is hereby ORDERED that the United States Marshal Service shall arrange for 1 (one) international telephone call between the defendant, Ms. Niketa Williams (Santa Rita Jail No. ULM-562) and her brother, Mr. Chinnawit, who resides in Bangkok, Thailand. The duration of the telephone call shall not exceed 1 (one) hour. The U.S. Marshal Service shall arrange for this telephone call to take place at the Santa Rita Jail, 5325 Broder Blvd, Dublin, California 94568. The telephone number to be dialed is 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-5-0337 and the recipient of the call is Ms. Williams' brother, Mr. Chinnawit. The U.S. Marshal Service is further directed to advise AFPD Elizabeth Falk of the date and time of the telephone call, so Ms. Falk can ensure that Mr. Chinnawit

\\

\\

1  is available to take the call.  As appropriate under jail policy, the telephone call herein ordered may
2  be monitored by the appropriate jail administrator, if necessary.

4  DATED: _____        _____
                                       THE HONORABLE WILLIAM H. ALSUP
5                                      UNITED STATES DISTRICT JUDGE