1   BARRY J. PORTMAN
    Federal Public Defender
2   ELIZABETH M. FALK
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    San Francisco, CA 94102
4   Telephone: (415) 436-7700

5   Counsel for Defendant WILLIAMS

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9   UNITED STATES OF AMERICA,              )
                                           )   No. CR 08-0398 WHA
10                      Plaintiff,         )
                                           )   [PROPOSED] ORDER ALLOWING
11  vs.                                    )   INTERNATIONAL TELEPHONE
                                           )   CALL
12  NIKETA WILLIAMS,                       )
                                           )   Date:     August 7, 2008
13                      Defendant.         )
                                           )   Court:    The Honorable William H.
14                                         )             Alsup
                                           )
15  _____

16                              ORDER

17

18          GOOD CAUSE SHOWN, it is hereby ORDERED that the United States Marshal Service shall

19  arrange for 1 (one) international telephone call between the defendant, Ms. Niketa Williams (Santa

20  Rita Jail No. ULM-562) and her brother, Mr. Chinnawit, who resides in Bangkok, Thailand.  The

21  duration of the telephone call shall not exceed 1 (one) hour.  The U.S. Marshal Service shall arrange

22  for this telephone call to take place at the Santa Rita Jail, 5325 Broder Blvd, Dublin, California

23  94568.  The telephone number to be dialed is 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-5-0337 and the recipient of the call is Ms.

24  Williams' brother, Mr. Chinnawit.  The U.S. Marshal Service is further directed to advise AFPD

25  Elizabeth Falk of the date and time of the telephone call, so Ms. Falk can ensure that Mr. Chinnawit

26  \\

    \\

1   is available to take the call.  As appropriate under jail policy, the telephone call herein ordered may

2   be monitored by the appropriate jail administrator, if necessary.

3

4   DATED: _____

5                                                    THE HONORABLE WILLIAM H. ALSUP
                                                     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER for International Phone Call
08-0398 WHA                                  - 2 -