**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 2, 2008

Case No.:  CR 08-00398 WHA

Title:  UNITED STATES -v- NIKETA WILLIAMS (custody)

Appearances:

    For the Government: Tracie Brown

    For the Defendant(s): Dan Blank

Interpreter: n/a                           Probation Officer: n/a

Deputy Clerk:  Dawn Toland           Court Reporter:  Kathy Sullivan

**PROCEEDINGS**

1)  Change of Plea - NOT HELD

2)  

Case continued to  9/30/08 at 2:00pm   for Change of Plea

Time Excluded:  **Begins:**            **Ends:**

**ORDERED AFTER HEARING:**

Defendant has new counsel and request additional time to review the case and return for a possible plea.  Matter is continued to 9/30/08.  No request for an exclusion of time was made.