1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant WILLIAMS

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,            )
                                        )   No. CR 08-0398 WHA
              Plaintiff,                )       CR 08-0667 WHA
                                        )
       v.                               )   **AMENDED** STIPULATION AND
                                        )   [PROPOSED] ORDER CONTINUING
   NIKETA WILLIAMS,                     )   SENTENCING HEARING
                                        )
              Defendant.                )   Honorable William H. Alsup
                                        )

1   Sentencing in the above-captioned matter is currently set for Wednesday, January 7, 2009, at
2   2:00 p.m. However, the family of Defendant Niketa Williams, who have been planning to travel
3   from Thailand to attend the hearing, have been unavoidably delayed by the hospitalization of another
4   family member who lapsed into a coma after a traffic accident. Accordingly, the parties stipulate and
5   jointly request that the sentencing hearing be continued to Wednesday, January 21, 2009, at 3:00
6   p.m.
7   IT IS SO STIPULATED.
8                                              JOSEPH RUSSONIELLO
                                                United States Attorney
9
10  DATED:   December 30, 2008        ___/s/_____
                                                TRACIE BROWN
11                                              Assistant United States Attorney
12
13  DATED:   December 30, 2008        ___/s/_____
                                                DANIEL P. BLANK
14                                              Assistant Federal Public Defender
                                                Attorney for Niketa Williams
15
16  IT IS SO ORDERED.
17  DATED:   January 2, 2009

IT IS SO ORDERED.
Judge William Alsup

18                                              WILLIAM ALSUP
                                                United States District Judge

STIP. & PROP. ORDER                             1